MAKE JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 02-00034-RSWL | Date | May 28, 2009 |
|---|---|---|---|
| Title | United States of America v. $126,929.17 in U.S. Currency | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Kelly Davis | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

IT IS ORDERED that counsel show cause in writing not later than **JUNE 12, 2009**, why this action should not be dismissed for lack of prosecution.

On November 7, 2003, the Court vacated the current briefing schedule and stayed the case pending resolution of the pending criminal action. The Court ordered counsel for plaintiff to file semi-annual status reports commencing on June 4, 2004. To date, the Court has only received one such report.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response. The Court will consider as a satisfactory response the filing of the following, on or before the date shown above.

√   Status Report as to the pending issues in this case.

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.

____:____

Initials of Deputy Clerk   KD