JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| United States of America, | ) | CV 02-00034-RSWL |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: Various Motions |
| | ) | [72, 73, 78, 81] |
| $126,929.17 in U.S. Currency, | ) | |
| Defendant. | ) | |

On May 7, 2010, Plaintiff's Renewed Motion to Strike "Counter-Claim Common Law Trover" filed by Ching Tse Yu as Docket No. 58 Pursuant to FRCP 12(F), or in the alternative to Correct Docket [72] was filed with this Court. On May 14, 2010, Plaintiff's Motion to Continue Pre-Trial Conference and Trial Date [73] was filed with this Court. On July 6, 2010, Plaintiff's Motion for Order Dismissing the Remainder of the Defendant Currency in this Case ($92,048.80 in U.S. Currency), Pursuant to Rule 41(A)(2) [78] was

1

filed with this Court.  On July 28, 2010, Claimant Ching Tse Yu's Request that 1) Government's Motion for Order Dismissing Remainder of Defendant's Currency be Denied; and 2) Counsel be Assigned to Defendant in this Case [81] was filed with this Court.

These matters were initially set for hearing on August 3, 2010.  Having taken the matters under submission on July 28, 2010, and having reviewed all papers submitted pertaining to these motions, **THE COURT FINDS AND ORDERS AS FOLLOWS**:

The Court **GRANTS** Plaintiff's Motion for Order Dismissing the Remainder of the Defendant Currency in this Case [78].

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court may issue a voluntary dismissal with prejudice "on terms that the court considers proper."  Here, the Court finds that Claimants shall suffers no plain legal prejudice as the result of this dismissal.  Claimants may pursue their legal rights, as to the assets, in the criminal forfeiture proceeding now pending in case CR-01-790.

As a result of the Court's ruling on the previous Motion for Dismissal, the Court hereby **DENIES AS MOOT** Plaintiff's Motion to Continue Pre-Trial Conference and Trial Date [73].  Furthermore, the Court vacates all dates presently set in this action.

The Court also **DENIES AS MOOT** Claimant Ching Tse Yu's Request that 1) Government's Motion for Order

Dismissing Remainder of Defendant's Currency be Denied; and 2) Counsel be Assigned to Defendant in this Case [81].  The Court construes Claimant's Request that Government's Motion for Order Dismissing Remainder of Defendant's Currency be Denied as an opposition to Docket #78.  Furthermore, the request for counsel is likewise mooted by the dismissal ordered herein.

Finally, the Court **GRANTS** Plaintiff's Motion to Strike "Counter-Claim Common Law Trover" filed by Ching Tse Yu as Docket No. 58 Pursuant to FRCP 12(F), or in the alternative to Correct Docket [72].  The Court finds that the document is properly construed as a response to the pending criminal forfeiture action, CR-01-790.  As such, the Court strikes Docket #58 as immaterial pursuant to Federal Rule of Civil Procedure 12(f).

DATED: August 9, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge